COPY

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Steven M. Weinberg (SBN 235581)
Sharoni S. Finkelstein (SBN 271829)
HOLMES WEINBERG, PC
30765 Pacific Coast Highway, Suite 411
Malibu, CA 90265
Tel: (310) 457-6100
Fax: (310) 457-6100

ATTORNEYS FOR: PLAINTIFF

FILED

12 JAN 31 PM 1:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MASTERFILE CORPORATION,

Plaintiff(s),

v.

CHAGA INTERNATIONAL, a Nevada corporation; STEVE GOULD, an individual; and MICHAEL TIDD, an individual,

Defendant(s).

CASE NUMBER:

CV12-00850 R (Ex)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  PLAINTIFF MASTERFILE CORPORATION
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| MASTERFILE CORPORATION | PLAINTIFF |

January 31, 2012
Date

_[signature]_
Sign

MASTERFILE CORPORATION
Attorney of record for or party appearing in pro per