STEVEN M. WEINBERG (SBN 235581)
smweinberg@holmesweinberg.com
SHARONI S. FINKELSTEIN (SBN 271829)
sfinkelstein@holmesweinberg.com
HOLMES WEINBERG, PC
30765 Pacific Coast Highway, Suite 411
Malibu, California  90265
Tel: (310) 457-6100
Fax: (310) 457-9555

Attorneys for Plaintiff
Masterfile Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHAGA INTERNATIONAL, a Nevada corporation; STEVE GOULD, an individual; and MICHAEL TIDD, an individual,<br><br>　　　　Defendants. | Case No. 12-CV-00850 R (Ex)<br><br>**JOINT STIPULATION TO EXTEND TIME FOR FILING OPPOSITION AND REPLY BRIEFS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER THEREON**<br><br>Motion Filed:　　　　　03/30/2012<br><br>Current Deadlines/Dates<br>　　Opposition:　04/16/2012<br>　　Reply:　　　04/23/2012<br>　　Hearing:　　05/07/2012<br><br>Proposed Deadlines/Dates<br>　　Opposition:　05/16/2012<br>　　Reply:　　　05/23/2012<br>　　Hearing:　　06/18/2012 |

- 1 -

*JOINT STIPULATION TO EXTEND TIME FOR OPPOSITION AND REPLY BRIEFS*

1   **WHEREAS** on March 30, 2012, Defendants Chaga International ("Chaga"), Steve Gould ("Gould"), and Michael Tidd ("Tidd") (collectively, "Defendants') filed a Notice of Motion and Motion for Summary Judgment in Lieu of Answer ("Motion for Summary Judgment") [Dkt. 9–11];

**WHEREAS** trial counsel for Masterfile Corporation ("Masterfile" or "Plaintiff") Mr. Weinberg will be out of the country from April 2, 2012 through April 16, 2012, and Ms. Finkelstein will be out of the country from April 7, 2012 through April 17, 2012, and both attorneys are in another case currently pending before Chief Judge Ware, wherein discovery is closing April 20, 2012, depositions are being scheduled for April 18, 2012 through April 20, 2012, and certain expert depositions may have to be scheduled for the following week including April 26, 2012 because of scheduling conflicts;

**WHEREAS** the parties have agreed to extend the time within which Plaintiff may file its opposition to the Motion for Summary Judgment until May 16, 2012, to extend the time within which Defendants may file their reply in support of the Motion for Summary Judgment until May 23, 2012, and to continue the hearing on the Motion for Summary Judgment from May 7, 2012 to June 18, 2012;

**IT IS HEREBY STIPULATED** by and between Masterfile, Chaga, Gould and Tidd, through their respective counsel of record, that Masterfile may file its opposition to the Motion for Summary Judgment on or before May 16, 2012 and Defendants may file their reply in support of the Motion for Summary Judgment on or before May 23, 2012, and the hearing on the Motion for Summary Judgment will take place on June 18, 2012.

///

///

**HOLMES WEINBERG PC**
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

## AGREEMENT

IT IS NOW THEREFORE AGREED by and between the parties hereto and through their respective counsel that:

The deadline for Masterfile's opposition to the Motion for Summary Judgment is May 16, 2012;

The deadline for Defendants' reply to the Motion for Summary Judgment is May 23, 2012; and

The hearing on the Motion for Summary Judgment will be held on June 18, 2012 at 10:00 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. Respectfully submitted,

DATED:  April 5, 2012             HOLMES WEINBERG, PC

By:  /s/ Sharoni S. Finkelstein
       Sharoni S. Finkelstein
Attorneys for Plaintiff Masterfile Corporation


DATED:  April 5, 2012             BLAKELY LAW GROUP

By:  /s/ Brent Blakely
       Brent H. Blakely
Attorneys for Defendants Chaga International, Steve Gould, and Michael Tidd

HOLMES WEINBERG PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

**ATTESTATION**

I hereby certify that for all conformed signatures indicated by a /s/ I have obtained concurrence in the filing of the document which shall serve in lieu of signature(s) on the document.

DATED: April 5, 2012     By:  /s/ Sharoni S. Finkelstein
                              Sharoni S. Finkelstein
                              Attorneys for Plaintiff Masterfile Corporation

HOLMES WEINBERG PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265