HOLMES WEINBERG PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHAGA INTERNATIONAL, a Nevada corporation; STEVE GOULD, an individual; and MICHAEL TIDD, an individual,<br><br>Defendants. | Case No. 12-CV-00850 R (Ex)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR FILING OPPOSITION AND REPLY BRIEFS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Motion Filed:         03/30/2012<br><br>Current Deadlines/Dates<br>    Opposition:   04/16/2012<br>    Reply:             04/23/2012<br>    Hearing:         05/07/2012<br><br>Proposed Deadlines/Dates<br>    Opposition:   05/16/2012<br>    Reply:             05/23/2012<br>    Hearing:         06/18/2012 |

- 1 -

*ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR OPPOSITION AND REPLY BRIEFS*

The Court, having considered the Parties' Stipulation to Extend Time for Filing Opposition and Reply Briefs to Defendants' Motion for Summary Judgment in Lieu of Answer ("Motion for Summary Judgment") [Dkt. 9–11] and good cause appearing therefore, rules as follows:

(1) The deadline for Masterfile Corporation's opposition to the Motion for Summary Judgment is May 16, 2012;

(2) The deadline for Defendants' reply to the Motion for Summary Judgment is May 23, 2012; and

(3) The hearing on the Motion for Summary Judgment is moved to June 18, 2012 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: April __, 2012

MANUEL L. REAL
United States District Judge

*ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR OPPOSITION AND REPLY BRIEFS*