STEVEN M. WEINBERG (SBN 235581)
smweinberg@holmesweinberg.com
SHARONI S. FINKELSTEIN (SBN 271829)
sfinkelstein@holmesweinberg.com
HOLMES WEINBERG, PC
30765 Pacific Coast Highway, Suite 411
Malibu, California  90265
Tel: (310) 457-6100
Fax: (310) 457-9555

Attorneys for Plaintiff
Masterfile Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHAGA INTERNATIONAL, a Nevada corporation; STEVE GOULD, an individual; and MICHAEL TIDD, an individual,<br><br>Defendants. | Case No. 12-CV-00850 R (Ex)<br><br>**DECLARATION OF STEVEN M. WEINBERG IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME FOR FILING OPPOSITION AND REPLY BRIEFS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Motion Filed:           03/30/2012<br><br>Current Deadlines/Dates<br>     Opposition:   04/16/2012<br>     Reply:          04/23/2012<br>     Hearing:       05/07/2012<br><br>Proposed Deadlines/Dates<br>     Opposition:   05/16/2012<br>     Reply:          05/23/2012<br>     Hearing:       06/18/2012 |

- 1 -

*JOINT STIPULATION TO EXTEND TIME FOR OPPOSITION AND REPLY BRIEFS*

HOLMES WEINBERG PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

1    I, Steven M. Weinberg, declare:

2        1.    I am a partner at Holmes Weinberg, PC, counsel of record for Plaintiff

3    Masterfile Corporation ("Plaintiff") in this action.  I am submitting this declaration

4    in support of the parties' Joint Stipulation to Extend Time for Filing Opposition

5    and Reply Briefs to Defendants' Motion for Summary Judgment.  I am admitted to

6    practice before this Court.  The facts stated herein are personally known to me and

7    I could and would testify competently thereto if called upon as a witness.

8        2.    On March 30, 2012, I received notice that, in response to Plaintiff's

9    Complaint filed in this action, Defendants Chaga International ("Chaga"), Steve

10   Gould ("Gould"), and Michael Tidd ("Tidd") (collectively, "Defendants') filed a

11   Notice of Motion and Motion for Summary Judgment in Lieu of Answer ("Motion

12   for Summary Judgment") [Dkt. 9–11].  I was not aware that this Motion would be

13   filed prior to March 30, 2012.

14       3.    I have been since March 31, 2012 and am currently out of the country

15   in Israel on a family vacation that has been planned for several months, and I will

16   be in Israel through April 16, 2012.  Sharoni Finkelstein, the litigation associate in

17   my firm, will be out of the country in Italy from April 7, 2012 through April 17,

18   2012.

19       4.    Upon mine and Ms. Finkelstein's return, both of us will be preparing

20   for, taking and defending depositions for another case currently pending before

21   Chief Judge Ware of the Northern District of California wherein discovery is

22   closing April 20, 2012.  Depositions are currently being scheduled for April 18,

23   2012 through April 20, 2012, and certain expert depositions are expected to be

24   scheduled for the following week including April 26, 2012 due to scheduling

25   conflicts and discovery disputes.

26       5.    In light of the foregoing, counsel for Defendants agreed on March 31,

27   2012 to extend the time within which Plaintiff may file its opposition to the Motion

28

- 2 -

*JOINT STIPULATION TO EXTEND TIME FOR OPPOSITION AND REPLY BRIEFS*

1  for Summary Judgment until May 16, 2012, to extend the time within which

2  Defendants may file their reply in support of the Motion for Summary Judgment

3  until May 23, 2012, and to continue the hearing on the Motion for Summary

4  Judgment from May 7, 2012 to June 18, 2012.

5        I declare, under penalty of perjury, under the laws of the State of California,

6  that the foregoing is true and correct.

7        Executed this 5th day of April, 2012, at Jerusalem, Israel.

_____
Steven M. Weinberg

HOLMES WEINBERG PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

- 3 -

*JOINT STIPULATION TO EXTEND TIME FOR OPPOSITION AND REPLY BRIEFS*