STEVEN M. WEINBERG (SBN 235581)
smweinberg@holmesweinberg.com
SHARONI S. FINKELSTEIN (SBN 271829)
sfinkelstein@holmesweinberg.com
HOLMES WEINBERG, PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Tel: (310) 457-6100
Fax: (310) 457-9555

Attorneys for Plaintiff
Masterfile Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHAGA INTERNATIONAL, a Nevada corporation; STEVE GOULD, an individual; and MICHAEL TIDD, an individual,<br><br>Defendants. | Case No. 12-CV-00850 R (Ex)<br><br>**DECLARATION OF TANYA GANGURSKY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN LIEU OF ANSWER** |

I, Tanya Gangursky hereby declare:

1.     I am employed by Plaintiff Masterfile Corporation ("Masterfile") in the capacity of Copyright Compliance Administrator. I have worked in the Copyright Compliance Department at Masterfile continuously since April 2007. I

1   am submitting this declaration in support of Masterfile's Opposition to the
2   Defendants' Motion for Summary Judgment in Lieu of Answer, and if called as a
3   witness, could testify truthfully and competently as to all statements made in this
4   declaration.

5       2.      Masterfile is in the business of licensing digital images (photographs
6   and images in digital format) to third parties for use in commercial or editorial
7   projects. Masterfile obtains many of the images that it licenses from photographers
8   and artists ("artists") who have assigned the exclusive rights to license the images
9   and the copyrights in the images to Masterfile. For these images, Masterfile pays
10  the artists a percentage of the license fees that it collects for the use of the images.

11      3.      From the time I started to work in the Copyright Compliance
12  Department at Masterfile in April 2007, I have been responsible for preparing and
13  filing Masterfile's applications for registration of copyright with the Library of
14  Congress, United States Copyright Office (the "Copyright Office") for images in
15  which all rights, including copyright and the right to register copyright, have been
16  exclusively assigned to Masterfile by the artists who created the images
17  ("images").

18      4.      I have prepared and filed twenty-nine (29) copyright applications for
19  Masterfile. In each case, I have followed the instructions provided to Masterfile by
20  the Copyright Office and the Picture Archive Council of America, Inc. ("PACA"),
21  a trade association to which we belong.

22      5.      I also regularly continue to submit new registrations when new images
23  are exclusively assigned to Masterfile and published on our website. For each
24  registration, I follow the Copyright Office's instructions.

25      6.      In connection with our copyright registrations, I have spoken directly
26  with Copyright Office employees who assist stock image libraries like Masterfile
27  in registering copyrights in the images included in their online catalogs, which are
28

HOLMES WEINBERG PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

*DECLARATION OF TANYA GANGURSKY*

1 also referred to as "automated databases." I speak with the Copyright Office to
2 ensure that Masterfile is fully and properly following the Copyright Office
3 instructions and rules relating to registering each image in an automated database.
4 With each registration, in addition to our application for registration, I include a
5 letter addressed to the Register of Copyrights stating that Masterfile has worked
6 with Debby Weinstein, Supervisor in the Visual Arts Section, to ensure that
7 Masterfile has included the correct information in our registration, and the letter
8 also confirms that we have also consulted with Nancy Wolff, PACA's legal
9 counsel. For example, a copy of a letter that I sent to the Copyright Office with
10 one of our registrations, dated December 31, 2009, is attached hereto as Exhibit A.

11      7.     Pursuant to the Copyright Office's instructions, I also provide the
12 Copyright Office with the following materials for each registration: (i) a CD-ROM
13 that includes digital copies of each image included in the registration; (ii) printouts
14 from Masterfile's website with the website homepage, screenshots of the first and
15 last three images on the CD-ROM, enlarged screenshots of the first and last image
16 on the CD-ROM, and fifty (50) assorted thumbnails of images included in the
17 registration; and (iii) the applicable payment for the registration. In Masterfile's
18 registrations, we refer to the title of the work as a "Group Registration for
19 Automated Database entitled www.masterfile.com," which is the compilation of
20 images, and we include the date when the images were published on our website.
21 On a bi-monthly basis, Masterfile files new applications that identify the new
22 images that Masterfile has published on our website since the previous filing.

23      8.     Each individual digital image in an automated database is assigned a
24 specific image number so that customers have a means for verifying their
25 purchases and we can keep track of transactions relating to the licensing and use of
26 these images.

27      9.     With respect to the copyright registrations for the images at issue in
28

HOLMES WEINBERG PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

DECLARATION OF TANYA GANGURSKY

1  this case, I was not the Masterfile employee who filed the applications.
2  Nonetheless, I have carefully and fully reviewed the files that Masterfile has
3  maintained for each of these registrations and can confirm that each application
4  was prepared and filed in compliance with the Copyright Office's instructions for
5  registering each image in an automated database. In each application, Masterfile
6  indicated that we obtained ownership of the new images by assignment. Masterfile
7  also identified at least three of the authors of the images that are included in the
8  registration on all of the applications, and identified all of the authors on eight of
9  the applications.

10      10.      Each relevant copyright registration file also includes a letter to the
11  Copyright Office, which states that Masterfile had confirmed that it was complying
12  with the instructions that Masterfile had received from Ms. Weinstein at the
13  Copyright Office for registering our images. These letters are nearly identical to
14  the letter that I continue to send to the Copyright Office (see Exhibit "A"). The
15  only exception is a letter dated November 16, 2000, accompanying the registration
16  that was issued as Certificate No. VA-1-023-872, which is a letter from Masterfile
17  directly to Ms. Weinstein at the Copyright Office. From November 14, 2001
18  onwards, Masterfile also included a separate "descriptive statement" describing the
19  contents of the enclosed CD-ROM provided to the Copyright Office. From
20  November 10, 2004 onwards, Masterfile's communications with the Copyright
21  Office also refer to Masterfile consulting with Ms. Wolff at PACA to confirm that
22  our applications are complete. Attached hereto as Exhibit B are true and correct
23  copies of the letters from Masterfile to the Copyright Office along with the
24  accompanying "descriptive statements" that I found in the applicable file for each
25  of the copyright registrations at issue in this matter (each letter is linked to the
26  corresponding copyright registration in the chart below).

27

28

HOLMES WEINBERG PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

*DECLARATION OF TANYA GANGURSKY*

HOLMES WEINBERG PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

11.   Below is a chart that shows each copyright registration involved in this matter, the number of authors of the component digital images identified in each registration, and the date of the letter included in Exhibit B that accompanied each application for registration.  For those registrations in which all of the authors (i.e., the artists) are listed, I have written "all" in the third column.  "Masterfile Corporation" was the claimant for each registration because it is my understanding that Masterfile is the owner of each image included in the automated database.  My understanding is that Masterfile stopped listing all of the authors on "Continuation Sheets" in conjunction with Copyright Registration No. VA 1-301-526 (November 23, 2004) pursuant to the Copyright Office's and PACA's instructions, and instead started listing at least three individual authors.  The November 23, 2004 registration is also the first registration for which Masterfile referred to conferring with Nancy Wolff at PACA in its accompanying letter to the Copyright Office (see Exhibit B, November 10, 2004 letter).

| Registration No. | Date | No. of authors of component images identified in the application | Date of Letter to the Copyright Office |
|---|---|---|---|
| VA 1-023-866 | July 17, 2000 | All | July 14, 2000 |
| VA 1-023-869 | July 17, 2000 | All | July 14, 2000 |
| VA 1-023-872 | Nov. 17, 2000 | All | Nov. 16, 2000 |
| VA 1-023-877 | July 17, 2000 | All | July 14, 2000 |
| VA 1-108-991 | Sept. 24, 2001 | All | Sept. 21, 2001 |
| VA 1-145-766 | Nov. 19, 2001 | All | Nov. 14, 2001 |
| VA 1-199-166 | April 29, 2003 | All | April 15, 2003 |
| VA 1-229-219 | Aug. 27, 2003 | All | Aug. 11, 2003 |

DECLARATION OF TANYA GANGURSKY

| VA 1-301-526 | Nov. 23, 2004 | Three | Nov. 10, 2004 |
| VA 1-301-527 | Jan. 11, 2005 | Three | Dec. 31, 2004 |
| VA 1-303-399 | Mar. 15, 2005 | Three | Feb. 28, 2005 |
| VA 1-308-886 | May 11, 2005 | Three | April 30, 2005 |
| VA 1-316-378 | July 12, 2005 | Three | June 30, 2005 |
| VA 1-326-965 | Sept. 19, 2005 | Three | Aug. 31, 2005 |
| VA 1-345-179 | May 11, 2006 | Three | April 30, 2006 |
| VA 1-367-783 | July 19, 2006 | Three | June 30, 2006 |
| VA 1-407-986 | April 3, 2007 | Three | March 5, 2007 |

12.     With respect to Masterfile's claim against the Defendant Chaga International ("Chaga"), in November 2009, Masterfile discovered that Chaga was using twenty-two (22) of Masterfile's copyright protected images on its websites without authorization.  This matter was settled in April 2010 and the parties executed a settlement agreement.

13.     In May 2011, Masterfile learned that Chaga was using thirty-four (34) of Masterfile's images without authorization, including eighteen (18) of the same images that were previously discovered on Chaga's websites and included in the parties' April 2010 settlement agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of May, 2012, at Toronto, Canada.

**Tanya Gangursky**

*DECLARATION OF TANYA GANGURSKY*

HOLMES WEINBERG PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**HOLMES WEINBERG PC**
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265



Masterfile Corporation
3 Concorde Gate, 4ᵗʰ Floor
Toronto, Ontario, Canada  M3C 3N7

416 929 3000 tel
800 387 9010 toll free
416 929 2104 fax

masterfile.com

## APPENDIX 3

December 31, 2009

### *VIA FEDEX*

REGISTER OF COPYRIGHTS
Library of Congress
Washington, D.C.
USA, 20559-6000

Dear Sir or Madam:

This is to advise you that we have been working closely with Debby Weinstein, Supervisor in the Visual Arts Section, prior to her retirement, to ensure that we have supplied the necessary information with our application. If an examiner has a question regarding this submission please contact us.  We have also consulted with Nancy Wolff a representative of "The Picture Archive Council of America" (PACA) who worked closely with Virginia Giroux to prepare the guidelines for use by Stock Agencies.

Yours truly,

COPY

Tanya Gangursky
Copyright Compliance Assistant
tgangursky@masterfile.com

Encl.

**EXHIBIT A - Page 1**

### Descriptive Statement re Group Registration for Automated Database entitled www.masterfile.com

You will find enclosed our "deposit material" in the form of a CD-ROM.  You will also find 5 representative pages from our website as well as 50 sample thumbnails.

The name and address of the Copyright Claimant is:
Masterfile Corporation
3 Concorde Gate, 4th Floor
Toronto, Ontario, Canada M3C 3N7

The Masterfile collection CD-ROM contains **3,067** photographs and/or 2-dimensional artworks.

**EXHIBIT A - Page 2**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HOLMES WEINBERG PC**
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

# EXHIBIT B

*DECLARATION OF TANYA GANGURSKY*

VA 1-023-866

July 14, 2000

**VIA FEDEX**

REGISTER OF COPYRIGHTS
Library of Congress
Washington, DC
USA 20559-6000

<u>Re:  Control #607087419</u>

Dear Sir/Madam:

Please find enclosed four CD-ROMs which include the image range 700-00001 to 700-33000. This "deposit material" corresponds to our application of July 8, 1999 - Forms VA and the Continuation Sheets have already been submitted and are being held in your office awaiting these CD-ROMs.

If you have any questions, please contact Debbie Weinstein, Supervisor, Copyright Examiner in the Visual Arts Center of the US Copyright office as we are complying with her instructions as per a telephone conversation with Ms. Weinstein on June 16, 2000.

Yours truly,

Kathy Burgess
Corporate Secretary

Encl.

**EXHIBIT B - Page 1**

VA 1023869

July 14, 2000

**VIA FEDEX**

REGISTER OF COPYRIGHTS
Library of Congress
Washington, DC
USA 20559-6000

<u>Re:  Control #607087419</u>

Dear Sir/Madam:

Please find enclosed a CD-ROM which includes the image range 700-33001 to 700-35500, plus 700-35600, 700-36399 and 700-36455. This "deposit material" corresponds to our application of September 7, 1999 - Forms VA and the Continuation Sheets have already been submitted and are being held in your office awaiting this CD-ROM.

If you have any questions, please contact Debbie Weinstein, Supervisor, Copyright Examiner in the Visual Arts Center of the US Copyright office as we are complying with her instructions as per a telephone conversation with Ms. Weinstein on June 16, 2000.

Yours truly,

Kathy Burgess
Corporate Secretary

Encl.

**EXHIBIT B - Page 2**

November 16, 2000

VA 1023672

**VIA FEDEX**

Debby Weinstein
Supervisor, Visual Arts Section
REGISTER OF COPYRIGHTS
Library of Congress
Washington, DC
USA, 20559-6000

Re:  Control No. 607087419

<u>Descriptive Statement re Group Registration for Automated Database</u>
<u>entitled www.masterfile.com</u>

Dear Ms. Weinstein:

You will find enclosed our "deposit material"  in the form of a CD-ROM.  You will also find 5 representative pages from our website.

The name and address of the Copyright Claimant is:
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

This CD-ROM contains 2,399 photographs and/or 2-dimensional artworks.

Please advise me if you would like me to discontinue sending these bi-monthly updates to your direct attention.  Hope all is well with you.

Yours truly,


Kathy Burgess
Corporate Secretary

Encl.


**EXHIBIT B - Page 3**

VA 1023-877

July 14, 2000

**VIA FEDEX**

REGISTER OF COPYRIGHTS
Library of Congress
Washington, DC
USA 20559-6000

<u>Re:  Control #607087419</u>

Dear Sir/Madam:

Please find enclosed a CD-ROM which includes the image range 700-37855 to 700-38354. This "deposit material" corresponds to our application of November 4, 1999 - Forms VA and the Continuation Sheets have already been submitted and are being held in your office awaiting this CD-ROM.

If you have any questions, please contact Debbie Weinstein, Supervisor, Copyright Examiner in the Visual Arts Center of the US Copyright office as we are complying with her instructions as per a telephone conversation with Ms. Weinstein on June 16, 2000.

Yours truly,

Kathy Burgess
Corporate Secretary

Encl.

**EXHIBIT B - Page 4**

## Descriptive Statement re Group Registration for Automated Database
## entitled www.masterfile.com

You will find enclosed our "deposit material" in the form of a CD-ROM.  You will also find 5 representative pages from our website.

The name and address of the Copyright Claimant is:
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

This CD-ROM contains 3,405 photographs and/or 2-dimensional artworks.

**EXHIBIT B - Page 5**

VA 1-108-991

September 21, 2001

**VIA FEDEX**

REGISTER OF COPYRIGHTS
Library of Congress
Washington, D.C.
USA, 20559-6000

Dear Sir/Madam:

This is to advise you that I have been working closely with Debby Weinstein, Supervisor in the
Visual Arts Section, to ensure that we have supplied all the necessary information with our
application. If an examiner has a question regarding this application, please contact Debby and
she will refer to Control # 607087419.

Thank you.

Kathy Burgess
Corporate Secretary

Encl.

**EXHIBIT B - Page 6**

## <u>Descriptive Statement re Group Registration for Automated Database</u><br><u>entitled www.masterfile.com</u>

You will find enclosed our "deposit material" in the form of a CD-ROM. You will also find 5 representative pages from our website.

The name and address of the Copyright Claimant is:
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada M4W 3R8

This CD-ROM contains 7,069 photographs and/or 2-dimensional artworks.

**EXHIBIT B - Page 7**

November 14, 2001

V A 1-145-766

**VIA FEDEX**

REGISTER OF COPYRIGHTS
Library of Congress
Washington, D.C.
USA, 20559-6000

Dear Sir/Madam:

This is to advise you that I have been working closely with Debby Weinstein, Supervisor in the Visual Arts Section, to ensure that we have supplied all the necessary information with our application.  If an examiner has a question regarding this application, please contact Debby and she will refer to Control # 607087419.

Thank you.

Kathy Burgess
Corporate Secretary

Encl.

**EXHIBIT B - Page 8**

## Descriptive Statement re Group Registration for Automated Database entitled www.masterfile.com

You will find enclosed our "deposit material" in the form of a CD-ROM.  You will also find 5 representative pages from our website.

The name and address of the Copyright Claimant is:
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

This CD-ROM contains 4,081 photographs and/or 2-dimensional artworks.

**EXHIBIT B - Page 9**

VA 1-199-166

April 15, 2003

**VIA FEDEX**

REGISTER OF COPYRIGHTS
Library of Congress
Washington, D.C.
USA, 20559-6000

Dear Sir/Madam:

This is to advise you that I have been working closely with Debby Weinstein, Supervisor in the Visual Arts Section, to ensure that we have supplied all the necessary information with our application.  If an examiner has a question regarding this application, please contact Debby and she will refer to Control # 607087419.


Thank you.




Kathy Burgess
Corporate Secretary

Encl.




**EXHIBIT B - Page 10**

## Descriptive Statement re Group Registration for Automated Database entitled www.masterfile.com

You will find enclosed our "deposit material" in the form of two CD-ROMs.  You will also find 5 representative pages from our website.

The name and address of the Copyright Claimant is:
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

The Masterfile collection CD-ROM contains 5,084 photographs and/or 2-dimensional artworks.
The zefa collection CD-ROM contains 4,042 photographers and/or 2-diminesional artworks.

**EXHIBIT B - Page 11**

August 11, 2003

VA 1-229219

**VIA FEDEX**

REGISTER OF COPYRIGHTS
Library of Congress
Washington, D.C.
USA, 20559-6000

Dear Sir/Madam:

This is to advise you that I have been working closely with Debby Weinstein, Supervisor in the
Visual Arts Section, to ensure that we have supplied all the necessary information with our
application.  If an examiner has a question regarding this application, please contact Debby and
she will refer to Control # 607087419.

Thank you.

Kathy Burgess
Corporate Secretary

Encl.

**EXHIBIT B - Page 12**

## Descriptive Statement re Group Registration for Automated Database entitled www.masterfile.com

You will find enclosed our "deposit material" in the form of a CD-ROM.  You will also find 5 representative pages from our website.

The name and address of the Copyright Claimant is:
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

The Masterfile collection CD-ROM contains 15,885 photographs and/or 2-dimensional artworks.
The zefa collection CD-ROM contains 2,143 photographs and/or 2-dimensional artworks.

**EXHIBIT B - Page 13**

# *Masterfile*

Masterfile Corporation
175 Bloor St E, South Tower, 2nd Floor
Toronto, Ontario, Canada M4W 3R8

416 929 3000 tel
800 387 9010 toll free
416 929 2104 fax

masterfile.com

November 10, 2004

REGISTER OF COPYRIGHTS
Library of Congress
Washington, D.C.
USA, 200559-6000

VA 1-301-526

Via FEDEX

Dear Sir/Madam,

This is to advise you that I have been working closely with Debby Weinstein, Supervisor in the Visual Arts Section, to ensure that we have supplied the necessary information with our application.  If an examiner has a question regarding this submission please contact Debby. We have also consulted with Nancy Wolff a representative of "The Picture Archive Council of America" (PACA) who worked closely with Virginia Giroux to prepare the guidelines for use by Stock Agencies.

Sincerely,

Barbara Miller
Manager, Digital Imaging
bmiller@masterfile.com

Encl.

**EXHIBIT B - Page 14**



Masterfile Corporation
175 Bloor St E, South Tower, 2nd Floor
Toronto, Ontario, Canada M4W 3R8

416 929 3000 tel
800 387 9010 toll free
416 929 2104 fax

masterfile.com

## Descriptive Statement re Group Registration for Automated Database entitled www.masterfile.com

You will find enclosed our "deposit material" in the form of 2 CD-ROMs.  You will also find 5 representative pages from our website as well as 50 sample thumbnails on 5 pages.

The name and address of the copyright claimant is:

Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada M4W 3R8

The Masterfile collection CD-ROM contains 6887 photographs and/or 2-dimensional artworks.
The zefa collection CD-ROM contains 3270 photographs and/or 2-dimensional artworks.

**EXHIBIT B - Page 15**

**Masterfile**

Masterfile Corporation
175 Bloor St E, South Tower, 2nd Floor
Toronto, Ontario, Canada M4W 3R8

416 929 3000 tel
800 387 9010 toll free
416 929 2104 fax

masterfile.com

December 31, 2004

REGISTER OF COPYRIGHTS
Library of Congress
Washington, D.C.
USA, 200559-6000

*VA 1-301-527*

Via FEDEX

Dear Sir/Madam,

This is to advise you that I have been working closely with Debby Weinstein, Supervisor in the Visual Arts Section, to ensure that we have supplied the necessary information with our application.  If an examiner has a question regarding this submission please contact Debby. We have also consulted with Nancy Wolff a representative of "The Picture Archive Council of America" (PACA) who worked closely with Virginia Giroux to prepare the guidelines for use by Stock Agencies.

Sincerely,

Barbara Miller
Manager, Digital Imaging
bmiller@masterfile.com

Encl.

**EXHIBIT B - Page 16**

# 𝓜𝓪𝓼𝓽𝓮𝓻𝓯𝓲𝓵𝓮

Masterfile Corporation
175 Bloor St E, South Tower, 2nd Floor
Toronto, Ontario, Canada M4W 3R8

416 929 3000 tel
800 387 9010 toll free
416 929 2104 fax

masterfile.com

February 28, 2005

**VIA FEDEX**

REGISTER OF COPYRIGHTS
Library of Congress
Washington, D.C.
USA, 200559-6000

V A 1-303-399

Dear Sir or Madam:

This is to advise you that I have been working closely with Debby Weinstein, Supervisor in the Visual Arts Section, to ensure that we have supplied the necessary information with our application.  If an examiner has a question regarding this submission please contact Debby.  We have also consulted with Nancy Wolff a representative of "The Picture Archive Council of America" (PACA) who worked closely with Virginia Giroux to prepare the guidelines for use by Stock Agencies.

Yours truly,

Kathy Burgess
Corporate Secretary
kburgess@masterfile.com

Encl.

**EXHIBIT B - Page 17**

## Descriptive Statement re Group Registration for Automated Database
## entitled www.masterfile.com

You will find enclosed our "deposit material" in the form of 2 CD-ROMs.  You will also find 5 representative pages from our website as well as 50 sample thumbnails on 4 pages.

The name and address of the Copyright Claimant is:
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

The Masterfile collection CD-ROM contains 6,302 photographs and/or 2-dimensional artworks.
The zefa collection CD-ROM contains 1 photograph.

**EXHIBIT B - Page 18**

# *Masterfile*

Masterfile Corporation
175 Bloor St E, South Tower, 2nd Floor
Toronto, Ontario, Canada M4W 3R8

416 929 3000 tel
800 387 9010 toll free
416 929 2104 fax

masterfile.com

April 30, 2005

**VIA FEDEX**

VA 1-308-886

REGISTER OF COPYRIGHTS
Library of Congress
Washington, D.C.
USA, 200559-6000

Dear Sir or Madam:

This is to advise you that I have been working closely with Debby Weinstein, Supervisor in the Visual Arts Section, to ensure that we have supplied the necessary information with our application.  If an examiner has a question regarding this submission please contact Debby.  We have also consulted with Nancy Wolff a representative of "The Picture Archive Council of America" (PACA) who worked closely with Virginia Giroux to prepare the guidelines for use by Stock Agencies.

Yours truly,

Kathy Burgess
Corporate Secretary
kburgess@masterfile.com

Encl.

**EXHIBIT B - Page 19**

## Descriptive Statement re Group Registration for Automated Database entitled www.masterfile.com

You will find enclosed our "deposit material" in the form of a CD-ROM.  You will also find 5 representative pages from our website as well as 50 sample thumbnails on 4 pages.

The name and address of the Copyright Claimant is:
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

The Masterfile collection CD-ROM contains 6,957 photographs and/or 2-dimensional artworks.

**EXHIBIT B - Page 20**

# *Masterfile*

Masterfile Corporation
175 Bloor St E, South Tower, 2nd Floor
Toronto, Ontario, Canada M4W 3R8

416 929 3000 tel
800 387 9010 toll free
416 929 2104 fax

masterfile.com

June 30, 2005

**VIA FEDEX**

VIA 1-316-378

REGISTER OF COPYRIGHTS
Library of Congress
Washington, D.C.
USA, 200559-6000

Dear Sir or Madam:

This is to advise you that I have been working closely with Debby Weinstein, Supervisor in the Visual Arts Section, to ensure that we have supplied the necessary information with our application.  If an examiner has a question regarding this submission please contact Debby.  We have also consulted with Nancy Wolff a representative of "The Picture Archive Council of America" (PACA) who worked closely with Virginia Giroux to prepare the guidelines for use by Stock Agencies.

Yours truly,

Kathy Burgess
Corporate Secretary
kburgess@masterfile.com

Encl.

**EXHIBIT B - Page 21**

## <u>Descriptive Statement re Group Registration for Automated Database entitled www.masterfile.com</u>

You will find enclosed our "deposit material" in the form of a CD-ROM.  You will also find 5 representative pages from our website as well as 50 sample thumbnails on 4 pages.

The name and address of the Copyright Claimant is:
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

The Masterfile collection CD-ROM contains 8,949 photographs and/or 2-dimensional artworks.

**EXHIBIT B - Page 22**

***Masterfile***

Masterfile Corporation
175 Bloor St E, South Tower, 2nd Floor
Toronto, Ontario, Canada M4W 3R8

416 929 3000 tel
800 387 9010 toll free
416 929 2104 fax

masterfile.com

August 31, 2005

**VIA FEDEX**

VA 1-326-965

REGISTER OF COPYRIGHTS
Library of Congress
Washington, D.C.
USA, 200559-6000

Dear Sir or Madam:

This is to advise you that I have been working closely with Debby Weinstein, Supervisor in the Visual Arts Section, to ensure that we have supplied the necessary information with our application.  If an examiner has a question regarding this submission please contact Debby.  We have also consulted with Nancy Wolff a representative of "The Picture Archive Council of America" (PACA) who worked closely with Virginia Giroux to prepare the guidelines for use by Stock Agencies.

Yours truly,

Kathy Burgess
Corporate Secretary
kburgess@masterfile.com

Encl.

**EXHIBIT B - Page 23**

## <u>Descriptive Statement re Group Registration for Automated Database</u><br><u>entitled www.masterfile.com</u>

You will find enclosed our "deposit material" in the form of a CD-ROM.  You will also find 5 representative pages from our website as well as 50 sample thumbnails on 4 pages.

The name and address of the Copyright Claimant is:
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

The Masterfile collection CD-ROM contains 5,928 photographs and/or 2-dimensional artworks.

**EXHIBIT B - Page 24**

# *Masterfile*

Masterfile Corporation
175 Bloor St E, South Tower, 2nd Floor
Toronto, Ontario, Canada M4W 3R8

416 929 3000 tel
800 387 9010 toll free
416 929 2104 fax

masterfile.com

April 30, 2006

**VIA FEDEX**

VA 1-345-179

REGISTER OF COPYRIGHTS
Library of Congress
Washington, D.C.
USA, 200559-6000

Dear Sir or Madam:

This is to advise you that I have been working closely with Debby Weinstein, Supervisor in the Visual Arts Section, to ensure that we have supplied the necessary information with our application. If an examiner has a question regarding this submission please contact Debby. We have also consulted with Nancy Wolff a representative of "The Picture Archive Council of America" (PACA) who worked closely with Virginia Giroux to prepare the guidelines for use by Stock Agencies.

Yours truly,

Kathy Burgess
Corporate Secretary
kburgess@masterfile.com

Encl.

**EXHIBIT B - Page 25**

### Descriptive Statement re Group Registration for Automated Database
### entitled www.masterfile.com

You will find enclosed our "deposit material" in the form of a CD-ROM.  You will also find 5 representative pages from our website as well as 50 sample thumbnails.

The name and address of the Copyright Claimant is:
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

The Masterfile collection CD-ROM contains 4,687 photographs and/or 2-dimensional artworks.

**EXHIBIT B - Page 26**

# Masterfile

Masterfile Corporation          416 929 3000 tel        masterfile.com
175 Bloor St E, South Tower, 2nd Floor   800 387 9010 toll free
Toronto, Ontario, Canada M4W 3R8   416 929 2104 fax

June 30, 2006

**VIA FEDEX**

VA 1-367-783

REGISTER OF COPYRIGHTS
Library of Congress
Washington, D.C.
USA, 200559-6000

Dear Sir or Madam:

This is to advise you that I have been working closely with Debby Weinstein, Supervisor in the Visual Arts Section, to ensure that we have supplied the necessary information with our application.  If an examiner has a question regarding this submission please contact Debby.  We have also consulted with Nancy Wolff a representative of "The Picture Archive Council of America" (PACA) who worked closely with Virginia Giroux to prepare the guidelines for use by Stock Agencies.

Yours truly,

Kathy Burgess
Corporate Secretary
kburgess@masterfile.com

Encl.

**EXHIBIT B - Page 27**

## Descriptive Statement re Group Registration for Automated Database entitled www.masterfile.com

You will find enclosed our "deposit material" in the form of a CD-ROM.  You will also find 5 representative pages from our website as well as 50 sample thumbnails.

The name and address of the Copyright Claimant is:
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

The Masterfile collection CD-ROM contains 20,007 photographs and/or 2-dimensional artworks.

**EXHIBIT B - Page 28**

*Masterfile*

Masterfile Corporation          416 929 3000 tel          masterfile.com
175 Bloor St E, South Tower, 2nd Floor   800 387 9010 toll free
Toronto, Ontario, Canada M4W 3R8     416 929 2104 fax

March 5, 2007                                    VA 1-407-986

VIA FEDEX

REGISTER OF COPYRIGHTS
Library of Congress
Washington, D.C.
USA, 200559-6000

Dear Sir or Madam:

This is to advise you that I have been working closely with Debby Weinstein, Supervisor in the Visual Arts Section, to ensure that we have supplied the necessary information with our application.  If an examiner has a question regarding this submission please contact Debby.  We have also consulted with Nancy Wolff a representative of "The Picture Archive Council of America" (PACA) who worked closely with Virginia Giroux to prepare the guidelines for use by Stock Agencies.

Yours truly,

Magdalena Tymczyszyn
Copyright Compliance Officer
mtymczyszyn@masterfile.com

Encl.

**EXHIBIT B - Page 29**

## Descriptive Statement re Group Registration for Automated Database entitled www.masterfile.com

You will find enclosed our "deposit material" in the form of a CD-ROM.  You will also find 5 representative pages from our website as well as 50 sample thumbnails.

The name and address of the Copyright Claimant is:
Masterfile Corporation
175 Bloor Street East, South Tower, Second Floor
Toronto, Ontario, Canada  M4W 3R8

The Masterfile collection CD-ROM contains **6,830** photographs and/or 2-dimensional artworks.