Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

Oscar Michelen (OM 5199)
*(admitted Pro Hac Vice)*
omichelen@cuomollc.com
200 Old Country Road
Suite 2 South
Mineola NY 11501
Phone: 516-741-3223
Fax: 516-741-3223

Attorneys for Defendants
CHAGA INTERNATIONAL
STEVE GOULD and MICHAEL TIDD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAGA INTERNATIONAL, a Nevada Corporation; STEVE GOULD, an individual; and MICHAEL TIDD, an individual,<br><br>　　　　　Defendants. | CASE NO. CV 12-00850 R (Ex)<br><br>**NOTICE OF LODGING OF STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>**Honorable Manuel L. Real** |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:
2       PLEASE TAKE NOTICE that Plaintiffs hereby lodge the attached *Statement Of*
3  *Uncontroverted Facts And Conclusions Of Law.*

5  DATED:    July 17, 2012            BLAKELY LAW GROUP

7                                 By:   /s/ Cindy Chan_____
                                        Brent H. Blakely
8                                       Cindy Chan
                                        ***Attorneys for Defendants***
9                                       ***CHAGA INTERNATIONAL, STEVE***
                                        ***GOULD and MICHAEL TIDD***