Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

Oscar Michelen (OM 5199)
*(admitted Pro Hac Vice)*
omichelen@cuomollc.com
200 Old Country Road
Suite 2 South
Mineola NY 11501
Phone: 516-741-3223
Fax: 516-741-3223

Attorneys for Defendants
CHAGA INTERNATIONAL
STEVE GOULD and MICHAEL TIDD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAGA INTERNATIONAL, a Nevada Corporation; STEVE GOULD, an individual; and MICHAEL TIDD, an individual,<br><br>　　　　　Defendants. | CASE NO. CV 12-00850 R (Ex)<br><br>**[PROPOSED] JUDGMENT**<br><br><br>**Honorable Manuel L. Real** |

___ JURY VERDICT  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ DECISION BY COURT. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT Defendants' motion for summary judgment is granted and judgment on this action is entered in favor of Defendants.

DATED: _____, 2012      By: _____
                                        Hon. Manuel L. Real
                                        **United States District Judge**

Respectfully Submitted,

CUOMO LLC

By:   /s/ Oscar Michelen_____
       Oscar Michelen
       Attorneys for Defendants
       CHAGA INTERNATIONAL
       STEVE GOULD and MICHAEL TIDD