JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERFILE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHAGA INTERNATIONAL, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CV 12-0850-R <br><br> JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is granted and judgment on this action is entered in favor of Defendants.

Dated: August 10, 2012.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE