STEVEN M. WEINBERG (SBN 235581)
smweinberg@holmesweinberg.com
MICHAEL J. SALVATORE (SBN 281118)
msalvatore@holmesweinberg.com
HOLMES WEINBERG, PC
30765 Pacific Coast Highway, Suite 411
Malibu, California  90265
Tel: (310) 457-6100
Fax: (310) 457-9555

Attorneys for Plaintiff
Masterfile Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>CHAGA INTERNATIONAL, a Nevada corporation; STEVE GOULD, an individual; and MICHAEL TIDD, an individual,<br><br>             Defendants. | Case No. 12-CV-00850 R (Ex)<br><br>**ORDER GRANTING STIPULATED JUDGMENT ON CONSENT** |

The Court, having considered the parties' Stipulation of Dismissal, namely that:

Plaintiff Masterfile Corporation ("Plaintiff") and Defendant Chaga International ("Defendant," and together with Plaintiff, the "Parties"), hereby stipulate to this Judgment on Consent.

## JURISDICTION AND VENUE

1. This court has jurisdiction over this dispute pursuant to 17 U.S.C. § 101 *et seq.* (copyright infringement and for violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201 *et seq.*), 28 U.S.C. § 1331 (federal question under copyright laws), 28 U.S.C. § 1338 (copyright infringement and unfair competition).

2. This Court has personal jurisdiction over Defendant.

3. Venue is proper pursuant to 28 U.S.C. §§ 1391 and 1400.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

4. Plaintiff is a well known stock photography agency with offices at 3 Concorde Gate, Fourth Floor, Toronto, Canada.

5. Defendant is a Nevada corporation engaged in the business of selling anti-aging products with offices at 889 South Rainbow Boulevard, Suite 137, Las Vegas, Nevada 89145.

6. Plaintiff is the owner of valid and subsisting copyrights in photographs (the "Plaintiff Images") as set out below. Plaintiff registered its claims of copyright in the Plaintiff Images and received certificates of registration from the Copyright Office.

//

//

**HOLMES WEINBERG PC**
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

//

| Plaintiff Image Identification Number | Copyright Registration Number |
|---|---|
| 700-00000727 | VA 1-023-866 |
| 700-00021335 | VA 1-023-866 |
| 700-00029652 | VA 1-023-866 |
| 700-00030281 | VA 1-023-866 |
| 700-00030828 | VA 1-023-866 |
| 700-00034149 | VA 1-023-869 |
| 700-00038208 | VA 1-023-877 |
| 700-00046997 | VA 1-023-872 |
| 700-00064257 | VA 1-108-991 |
| 700-00067113 | VA 1-145-766 |
| 700-00158178 | VA 1-199-166 |
| 700-00158830 | VA 1-199-166 |
| 700-00170057 | VA 1-229-219 |
| 700-00177713 | VA 1-229-219 |
| 700-00177716 | VA 1-229-219 |
| 700-00177724 | VA 1-229-219 |
| 700-00364360 | VA 1-301-526 |
| 700-00430003 | VA 1-301-527 |
| 700-00459874 | VA 1-303-399 |
| 700-00478824 | VA 1-303-399 |
| 700-00517663 | VA 1-308-886 |
| 700-00519413 | VA 1-308-866 |
| 700-00523503 | VA 1-316-378 |
| 700-00528107 | VA 1-316-378 |

**HOLMES WEINBERG PC**
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

| | |
|---|---|
| 700-00544282 | VA 1-316-378 |
| 700-00592586 | VA 1-326-965 |
| 700-00796243 | VA 1-345-179 |
| 700-00814387 | VA 1-345-179 |
| 700-00847099 | VA 1-367-783 |
| 700-00847183 | VA 1-367-783 |
| 700-00864495 | VA 1-367-783 |
| 700-00865462 | VA 1-367-783 |
| 700-00911150 | VA 1-367-783 |
| 700-01112192 | VA 1-407-986 |

7. Defendant used forty (40) of the Plaintiff Images without authorization on its website.

8. The Parties have entered into a Settlement Agreement relating to this dispute, wherein Defendant has had the opportunity to consult counsel in negotiating and entering into the Settlement Agreement and this Judgment on Consent.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A. Defendant, and its successors, assigns and all those acting under its control or the control of its subsidiaries, affiliates or divisions and/or on their behalf and/or in concert with them, are hereby permanently enjoined from reproducing, publicly performing or displaying, or otherwise using, distributing or transmitting the Plaintiff Images or any other images known by the Defendant to be listed with Plaintiff, or from removing copyright management information from any images known by the Defendant to be listed with Plaintiff.

HOLMES WEINBERG PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265

1    B.    Defendant is hereby ordered to pay to Plaintiff by no later than five (5) business days from the entry of this Judgment the amount of Three Thousand Dollars ($3,000.00) per infringement, totaling One Hundred Twenty Thousand Dollars ($120,000.00).

B.    This Court shall retain jurisdiction to interpret, construe and enforce this Judgment on Consent.

C.    In the event that the Defendant is found to be in contempt of this Judgment on Consent, said Defendant shall reimburse Plaintiff for all of its fees and costs, including attorney's fees, incurred in bringing and prosecuting the motion(s) for contempt, which shall be in addition to any other relief awarded by this Court.

D.    This Judgment on Consent may be entered without any further action.

**IT IS SO ORDERED.**

DATED: July 16, 2015    _____
The Honorable Manuel L. Real
Judge of the Central District of California
United States District Court

- 5 -

*[PROPOSED] ORDER GRANTING STIPULATED JUDGMENT ON CONSENT*